ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
LEENA M. SHEET
Deputy Attorney General
State Bar No. 235415
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6023
  Fax:  (916) 731-2121
  E-mail:  Leena.Sheet@doj.ca.gov
*Attorneys for Defendant
California Department of Parks & Recreation
Director Armando Quintero*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **Center for Biological Diversity,**<br><br>                              Plaintiff,<br><br>**v.**<br><br>**Armando Quintero, in his official capacity as Director of California Department of Parks and Recreation; Wade Crowfoot, in his official capacity as California Secretary for Natural Resources,**<br><br>                              Defendants. | 2:20-cv-09965-AH (ASx)<br><br>**DECLARATION OF DEPUTY ATTORNEY GENERAL LEENA SHEET IN SUPPORT OF JOINT STIPULATION FOR CONTINUANCE**<br><br>[Filed Concurrently with Joint Stipulation for Continuance and Proposed Order]<br><br>Courtroom:  9C<br>Judge:  The Honorable Anne Hwang<br>Trial Date:  November 4, 2025<br>Action Filed: 10/29/2020 |

I, Leena M. Sheet, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of the State of California and am admitted to practice law in the State of California and before this Court. I represent the Defendant the California Department of Parks and Recreation Director Armando Quintero in this action.

1      2.    I have personal knowledge of the facts set forth in this declaration. If
2  called upon to testify as a witness, I could and would testify competently to these
3  facts under oath.
4      3.    The Parties have engaged in settlement discussions with the assistance of
5  the Central District Panel mediator on April 3, 2025.
6      4.    The Parties provided a status report on settlement on April 10. The case
7  did not settle, but the Parties have continued settlement discussions through the
8  Central District Panel mediator, which remain ongoing.
9      5.    The Parties exchanged expert disclosures on April 17, 2025, and rebuttal
10 expert disclosures on June 4, 2025.
11     6.    On July 9, 2025, both Parties served additional written discovery
12 requests. On July 11, 2025, Plaintiff served a final set of written discovery requests.
13 On August 1, 2025, Plaintiff took the deposition of State Parks' witness, Senior
14 Environmental Scientist Ronnie Glick, both in his capacity as a percipient witness
15 in this matter and in his capacity as a non-retained expert witness.
16     7.    Also on August 1, 2025, as discussed during the Parties' conference on
17 July 15, Defendant served Plaintiff with a notice of deposition for Plaintiff's
18 witness, Ileene Anderson, noticing the deposition for August 11, 2025. August 11,
19 2025, is the current discovery cutoff, pursuant to ECF No. 57.
20     8.    As represented by Plaintiff's counsel, Ms. Anderson is available only for
21 limited and intermittent periods on August 11. In light of this scheduling conflict,
22 the Parties discussed Defendant's preference for additional time to complete the
23 deposition of Ms. Anderson. The Parties have agreed to seek a limited extension of
24 the discovery cutoff by 30 days, from August 11 to September 10, 2025, to
25 accommodate Ms. Anderson's deposition. The Parties have also discussed that
26 State Parks may elect to subsequently take the deposition of Plaintiff's retained
27 expert, Kenneth Smallwood, depending on the status of the case following Ms.
28 Anderson's deposition. The Parties have agreed that Plaintiff may elect to take the

2

1  deposition of an additional State Parks' percipient witness and non-retained expert,
2  Joanna Iwanicha.

3    9.    The Parties have also discussed their mutual intention to file a motion for
4  summary judgment. To allow sufficient time for that motion and associated joint
5  brief following the completion of the deposition and forthcoming document
6  discovery, the Parties seek to extend the dispositive motion hearing deadline by 56
7  days, from September 24 to November 19, 2025.

8    10.    The Parties believe that modifying the current schedule will facilitate the
9  completion of outstanding discovery and summary judgment briefing, and
10 potentially resolve most or all issues short of trial. In light of the requested
11 extensions to the discovery and dispositive motion deadlines, the Parties also seek a
12 continuance of the current pretrial conference and bench trial dates from October 15
13 and November 4, respectively, to March 18 and April 7, 2026.

14    11.    The Parties previously sought to amend the rebuttal expert disclosure
15 deadline, discovery cut-off, and motions hearing cut-off in the Amended
16 Scheduling and Case Management Order, most recently on May 7, 2025, (ECF No.
17 56), which the Court granted on May 12, 2025 (ECF No. 57). Since then, the
18 Parties have engaged in settlement discussions, exchanged expert rebuttal reports,
19 and have conducted additional discovery.

20    12.    Prior to that, at the request of the Parties, the Court reset the trial and
21 related deadlines on January 6, 2025 (ECF No. 51) to facilitate good faith
22 settlement negotiations and reduce litigation costs. The Court also reset the trial and
23 related deadlines on May 21, 2024, ECF No. 45, when a stay in the matter was
24 vacated and deadlines were set.

25    13.    The Parties current and proposed deadlines are set forth below:

| Matter | Current Schedule | Proposed Schedule |
|---|---|---|
| Bench Trial | November 4, 2025 at 8:30 a.m. | April 7, 2026 at 8:30 a.m. |
| Pretrial Conference | October 15, 2025 at 1:30 p.m. | March 18, 2026 at 1:30 p.m. |
| Last day for hearing motions | September 24, 2025 | November 19, 2025 |
| Discovery Cut-Off | August 11, 2025 | September 10, 2025 * For limited purpose of three depositions |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 7, 2025, at Los Angeles, California.

/s/ Leena M. Sheet
Leena M. Sheet

LA2020603538
67837375.docx

# CERTIFICATE OF SERVICE

Case Name: **Center for Biological Diversity v. Armando Quintero, et al.**  No. **2:20-cv-09965-AH (ASx)**

I hereby certify that on <u>August 7, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DEPUTY ATTORNEY GENERAL LEENA SHEET IN SUPPORT OF JOINT STIPULATION FOR CONTINUANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 7, 2025</u>, at Los Angeles, California.

| Janice Park | */s/ Janice Park* |
|---|---|
| Declarant | Signature |

LA2020603538
67840370.docx