1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| **Center for Biological Diversity,** | Case No. 2:20-cv-09965-AH (ASx) |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION FOR CONTINUANCE** |
| v. | |
| **Armando Quintero, in his official capacity as Director of California Department of Parks and Recreation; Wade Crowfoot, in his official capacity as California Secretary for Natural Resources,** | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation, and good cause appearing, hereby orders as follows:

1. The Parties' stipulation to continue the discovery cutoff, motion hearing cutoff, pretrial conference, and trial dates are granted.

2. The case deadlines are extended as set forth in the table below:

1

| Matter | Current Schedule | Proposed Schedule |
|---|---|---|
| Bench Trial | November 4, 2025 at 8:30 a.m. | April 7, 2026 at 8:30 a.m. |
| Pretrial Conference | October 15, 2025 at 1:30 p.m. | March 18, 2026 at 1:30 p.m. |
| Last day for hearing motions | September 24, 2025 | November 19, 2025 |
| Discovery Cut-Off | August 11, 2025 | September 10, 2025 * For limited purpose of three depositions |

**IT IS SO ORDERED.**

Dated: _____  _____

The Honorable Anne Hwang

LA2020603538
67837376.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Center for Biological Diversity v. Armando Quintero, et al.** | No. | **2:20-cv-09965-AH (ASx)** |

I hereby certify that on <u>August 7, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER ON JOINT STIPULATION FOR CONTINUANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 7, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| Janice Park | */s/ Janice Park* |
| Declarant | Signature |

LA2020603538
67840407.docx