IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>ARMANDO QUINTERO, et al.,<br><br>  Defendants. | Civ. No 2:20-cv-09965-AH (ASx)<br><br>**JUDGMENT [82] [JS-6]** |

The Court having granted Plaintiff's Motion for Summary Judgment and Request for Permanent Injunction and Declaratory Relief, it is this 9th day of April 2026,

**ORDERED,**

**1.** Judgment is entered in favor of the Plaintiff, Center for Biological Diversity;

1

2. This Court's Order Granting Plaintiff's Motion for Summary Judgment (Dkt. No. 64) and Order Granting Request for Permanent Injunction and Declaratory Relief (Dkt. No. 81) are hereby incorporated by reference;

3. The permanent injunction entered on April 9, 2026 (Dkt. No. 81) shall be effective as of the date of this Judgment;

4. If the Parties are unable to reach an agreement as to reasonable attorneys' fees, costs, and expert witness fees, Plaintiff is ordered to file an appropriate motion by June 9, 2026;

5. This ORDER shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

6. The Clerk is directed to close this matter.

**IT IS SO ORDERED.**

Dated: APRIL 10, 2026

_____

The Honorable Anne Hwang

UNITED STATES DISTRICT JUDGE